*FILED IN OPEN COURT 3/10/06 JCJL*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 06- **30M - MPT** |
| OYEDIRAN OYETUNJI aka DIPO OKE, | ) |
| Defendant. | ) |

### MOTION FOR DETENTION HEARING

NOW COMES the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    ____ Crime of violence (18 U.S.C. § 3156)

    ____ Maximum sentence life imprisonment or death

    ____ 10+ year drug offense

    ____ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    ____ Serious risk obstruction of justice

**FILED MAR 10 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    __X__ Defendant's appearance as required

    ____ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (<u>will</u>, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

   ____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   ____ At first appearance

   __X__ After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of __10__ days (not more than 10) so that the appropriate officials can be notified since:

   1. At the time the offense was committed the defendant was:

      ____ (a) on release pending trial for a felony;

      (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

      (c) on probation or parole for an offense.

2. _X_    The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. ___    The defendant may flee or pose a danger to any other person or the community.

6.    **Other Matters**.

_____

_____

DATED this __10th__ day of March, 2006.

COLM F. CONNOLLY
United States Attorney

BY:_____
Ferris W. Wharton
Assistant United States Attorney